Submitted December 5, 2008, reversed February 25, 2009

In the Matter of L. H.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

L. H.,
*Appellant.*

Multnomah County Circuit Court
080160790; A138169

203 P3d 297

■■■■■■■■■■■■■■■

Lance D. Perdue filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Laura S. Anderson, Senior Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

■■■■■■

## PER CURIAM

In this mental commitment case, appellant argues that the record lacks clear and convincing evidence that he was a danger to others because of a mental disorder. The state agrees that the evidence is legally insufficient to support the involuntary commitment. On *de novo* review, we agree that the evidence is insufficient.

Reversed.